UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER MARCO TOCCO,

    Plaintiff,

v.                                             Case No. 8:21-cv-399-TPB-SPF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on November 14, 2022. (Doc. 34). Judge Flynn recommends that Plaintiff's unopposed "Motion for Award of Attorney's Fees Pursuant to Equal Access to Justice Act, 28 U.S.C. §2412" (Doc. 33) be granted. Judge Flynn specifically recommends that Plaintiff' be awarded $3,079.18 in attorney's fees, $402.00 in costs for filing fees, and $23.44 in certified mail expenses.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir.

1982).

Upon due consideration of the record, including Judge Flynn's report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion for attorney's fees and costs is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Judge Flynn's report and recommendation (Doc. 34) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)  Plaintiff's unopposed "Motion for Award of Attorney's Fees Pursuant to Equal Access to Justice Act, 28 U.S.C. §2412" (Doc. 33) is hereby **GRANTED**. Plaintiff is awarded $3,079.18 in attorney's fees, $402.00 in costs for filing fees, and $23.44 in certified mail expenses.

(3)  The Clerk is **DIRECTED** to enter an amended judgment that includes the award of attorney's fees and costs, as set forth herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>15th</u> day of November, 2022.

                              **TOM BARBER**
                              **UNITED STATES DISTRICT JUDGE**