**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTOPHER MARCO TOCCO,

     Plaintiff,

v.                                                                Case No. 8:21-cv-399-TPB-SPF

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and

recommendation of Sean P. Flynn, United States Magistrate Judge, entered on

February 28, 2023. (Doc. 39).   Judge Flynn recommends that Plaintiff's unopposed

"Motion for Award of Attorney's Fees Pursuant to 42 U.S.C. § 406(b)" (Doc. 37) be

granted.   Judge Flynn specifically recommends that Plaintiff's counsel be awarded

$5,829.75 in attorney's fees and that counsel be directed to return $3,079.18 to Plaintiff,

the amount awarded under EAJA.

After conducting a careful and complete review of the findings and

recommendations, a district judge may accept, reject, or modify the magistrate judge's

report and recommendation.   28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983);

*Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).   A district court must "make a

de novo determination of those portions of the [report and recommendation] to which an

objection is made."   28 U.S.C. § 636(b)(1)(C).   When no objection is filed, a court

reviews the report and recommendation for clear error.   *Macort v. Prem, Inc.*, 208 F.

App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir.

1982).

Upon due consideration of the record, including Judge Flynn's report and recommendation, the Court adopts the report and recommendation.   Consequently, Plaintiff's motion for attorney's fees is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)     Judge Flynn's report and recommendation (Doc. 39) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)     Plaintiff's unopposed "Motion for Award of Attorney's Fees Pursuant to 42 U.S.C. § 406(b)" (Doc. 37) is hereby **GRANTED**.   Plaintiff's counsel is awarded $5,829.75 in attorney's fees.

(3)     Plaintiff's counsel is directed to refund $3,079.18 to Plaintiff, the amount awarded under the EAJA.

(3)     The Clerk is **DIRECTED** to enter an amended judgment that includes the award of attorney's fees, as set forth herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>15th</u> day of March, 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**